Silver, Frederick
7737 Skolout Street, Apt 126
San Antonio, TX 78227
Tel: 1-210-803-2299
E-mail: ASCLV1@gmail.com

U.S. DISTRICT COURT
[NORTHERN DISTRICT OF TX]
FILED

2020 JAN -7 PM 12: 27

DEPUTY CLERK _____

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS.

\*\*\*

| | |
|---|---|
| Silver, Frederick<br>　　　Plaintiff,<br>Vs.<br><br>Rausch, Sturm, Israel, Enerson & Hornik, LLC,<br>Gregory W Enerson,<br>Julie Rausch<br>　　　Defendants | Case No: **3-20CV-0034K**<br><br>Claim for Damages Pursuant To: Fair Debt Collection Practices Act:15 U.S.C § 1692, et seq,<br>The Privacy Act of 1974, 5 U.S.C. § 552a et seq,<br>Texas Fair Debt Collection Practices Act § 392.304, et seq,<br><br>DEMAND FOR TRIAL BY JURY |

## COMPLAINT AND CLAIMS.

Come Now Silver, Frederick who is One of the People of the United States of America, files this Civil Complaint and Claims for Actual and Statutory Damages seeking injunctive, declaratory and monetary relief against Defendant Rausch, Sturm, Israel, Enerson & Hornik LLP for Violations of the United States Laws, but not limited to, Violation of the Fair Debt Collection Practice Act, 15 U.S.C. § 1692 et seq. (hereinafter "FDCPA"), The Privacy Act of 1974, 5 U.S.C. § 552a et seq, Texas Fair Debt Collection Practices Act § 392.304. (hereinafter "TDCPA") which prohibits Debt collectors such as **Gregory W Enerson, Julie Rausch** and **Rausch, Sturm, Israel, Enerson & Hornik LLP** from engaging in abusive, deceptive, and unfair practices.

### A. PARTIES

1. Silver, Frederick (Hereinafter "Plaintiff") for the purpose of this Complaint and Claims is a Consumer, A Natural Person allegedly obligated to pay any Debt, as defined on 15 U.S. Code § 1692a (3) and One of the People of the United States of America, a Domicile of San Antonio TX 78227, The Western District of Texas

2. **Rausch, Sturm, Israel, Enerson & Hornik LLP** (hereinafter "Defendant") Rausch, Sturm, Israel, Enerson & Hornik LLP, Principal Office is Located at: 250 N. SUNNYSLOPE ROAD,

SUITE 300, BROOKFIELD, WI 53005, UNITED STATES OF AMERICA and doing business in the Great State of Texas with registered address with the Texas Comptroller of Public Accounts: Glenn Hegar at **15660 DALLAS PKWY STE 350 DALLAS, TX 75248-3344**, Rausch, Sturm, Israel, Enerson & Hornik LLP are lawyers specializing in regional creditors rights, account recovery management services for national consumer lenders, medical providers, and other Local/National Creditors was listed in the Federal Trade Commission's Report on the **Debt Buying** Industry as one of the largest debt buyers in the US. Rausch, Sturm, Israel, Enerson & Hornik LLP can be served by serving **Registered Agent: MICHAEL R. CASTRO at 15660 N. DALLAS PARKWAY, SUITE 350 DALLAS, TX 75248**.

3. **Gregory W Enerson**, (hereinafter "Defendant") is the PRESIDENT/DIRECTOR of Rausch, Sturm, Israel, Enerson & Hornik LLP, Gregory W Enerson can be served with process of services by serving Gregory W Enerson at: **W170 S6742 TIMBER COURT MUSKEGO, WI 53150**, Gregory W Enerson is being sued in His individual capacity as PRESIDENT/DIRECTOR of Rausch, Sturm, Israel, Enerson & Hornik LLP.

4. **Julie Rausch**, (hereinafter "Defendant") is the VICE PRESIDENT/DIRECTOR of Rausch, Sturm, Israel, Enerson & Hornik LLP, Julie Rausch can be served with process of services by serving, **Julie Rausch** at: **6197 WASHINGTON CIRCLE WAUWATOSA, WI 53213**, Julie Rausch is being sued in Her individual capacity as VICE PRESIDENT/DIRECTOR of Rausch, Sturm, Israel, Enerson & Hornik LLP.

5. Plaintiff is informed and believes, and thereon alleges, that defendant uses instrumentalities of interstate commerce or mails in any business, the principal purpose of which being the collection of debt. Defendant is engaged in the collections of debts from consumers using the mail, electronic mail, facsimile, and telephone, and regularly collects or attempts to collect directly or indirectly, debts owed or due to be owed or due another, being a "debt collector" as defined by the FDCPA, 15 U.S.C. § 1692a(6). Texas Fair Debt Collection Practices Act § 392. 001.et seq

6. At all relevant times, Defendant acted through its duly Authorized President, Vice President,

Agents, Case Workers, employees, officers, members, Directors, heirs, Successors, Assigns, Principals, Trustees, Sureties, Subrogates, Representatives, Rausch, Sturm, Israel, Enerson & Hornik LLP, lawyers specializing in regional creditors rights, account recovery management services for national consumer lenders, medical providers, and other local/national creditors and insurers.

### 7. TEXAS FINANCE CODE
### TITLE 5. PROTECTION OF CONSUMERS OF FINANCIAL SERVICES
### CHAPTER 392. DEBT COLLECTION, SUBCHAPTER B. SURETY BOND

8. Sec. 392.101. BOND REQUIREMENT. (a) A third-party debt collector or credit bureau may not engage in debt collection unless the third-party debt collector or credit bureau has obtained a surety bond issued by a surety company authorized to do business in this state as prescribed by this section. A copy of the bond must be filed with the secretary of state.

    (b) The bond must be in favor of:(1) any person who is damaged by a violation of this chapter; and (2) this state for the benefit of any person who is damaged by a violation of this chapter.(c) The bond must be in the amount of $10,000.

### JURISDICTION AND VENUE

9. Jurisdiction of this Court arise under 15 U.S.C § 1692k (d), which States that such actions may be brought and heard before "[Any appropriate United States District Court without regards to the amount in controversy and also under 28 U.S. Code § 1337

10. This Court has Jurisdiction over the Lawsuit because this suit involves Federal question jurisdiction pursuant to Section 28 U.S. Code § 1331.

11. This Court has jurisdiction over the Lawsuit because this suit involves Diversity of Citizenship; and the amount in controversy; cost exceeds $750,000 exclusive of interest and cost. pursuant to Section 28 U.S. Code § 1332.

12. This District Court has Supplemental Jurisdiction pursuant to Section 28 U.S.C. § 1367 and State of Texas Constitutional rights.

13. This Court has jurisdiction over this action pursuant to 5 U.S.C. §§ 552a(g)(1), 552(a)(4)(B), and 28 U.S.C. § 1331

14. Venue is appropriate in the District under 5 U.S.C. §§ 552a(g)(5), 552(a)(4)(B), and 28 U.S.C.

§ 1391.

15. Venue in the United States District Court Eastern District of Virginia Division of the District Court is proper pursuant to 28 U.S. Code § 1391, in that all or a substantial portion Plaintiff Claims and / or cause of Action occurred Here.

16. Venue is proper in this United States District Court Eastern District of Virginia judicial district pursuant to 28 U.S. Code § 1391(b)(2) in that a substantial part of the events or omissions giving rise to the claim occurred here and defendant transacts and conducts its business in this Judicial District. Personal jurisdiction is established.

17. This Civil action is brought by Plaintiff Silver, Frederick pursuant to Federal Statutory and Common Law.

## NARRATIVE AND STATEMENTS OF FACTS.

18. By correspondence on the letterhead of the Rausch, Sturm, Israel, Enerson & Hornik LLP, Defendant mailed a letter Sometime around 6th of December 2019, its was said in the letter that Plaintiff allegedly incurred a financial obligation that was primarily for personal, family, or household purposes and is therefore a debt, as that term is defined by the FDCPA, 15 U.S. Code § 1692 a (5).

19. Upon information on the letter headed paper from Rausch, Sturm, Israel, Enerson & Hornik LLP, Defendant States the alleged debt was consigned, placed or otherwise transferred to Defendant Rausch, Sturm, Israel, Enerson & Hornik LLP Debt collection company for collection from Plaintiff.

20. The Debt that Defendant (Rausch, Sturm, Israel, Enerson & Hornik LLP) Debt collection company is attempting to collect on is an alleged obligation of a consumer to pay money arising out of a transaction in which the money, property, insurance or services which are the subject of the transaction are primarily for personal, family, or household purposes, whether or not such obligation has been reduced to judgment as again defined by the FDCPA, 15 U.S. Code § 1692a(5).

21. Rausch, Sturm, Israel, Enerson & Hornik LLP Debt collection company then within 2019 prior to the filing of this complaint and claims, began contacting the Plaintiff and placing letters in the United States mail and collections calls to Plaintiff prior to filling this complaint,

seeking and demanding payment for an alleged consumer debt owed under an account numbers, **xxxxxxxxxxxx9108**

22. Within the year prior to the filling of this complaint, defendant has continued to use the United States postal mail to Plaintiff looking for payment for an alleged debt, despite the fact that defendant has been told by Plaintiff to stop.

23. Defendant, RAUSCH STURM Debt collection company and its agents also sent Plaintiff a letter stating it has verified the debt which included information that is not correct about the plaintiff.

24. The conduct by defendant that is stated above was all in violation of the FDCPA, namely including, but not limited to, violations of 15 U.S. Code § 1692c(a)(1); 15 U.S. Code § 1692d; 15 U.S. Code § 1692e(5); 15 U.S. Code § 1692e(10); 15 U.S. Code § 1692e(11); and 15 U.S. Code § 1692f. there were communications as defined under 15 U.S. Code § 1692a(2)., Texas Fair Debt Collection Practices Act § 392.304.et seq.

25. RAUSCH STURM Debt collection company and its agents are in possession of Plaintiff's Personally identifiable information, or PII, is any data that could potentially be used to identify a particular person. Examples include a full name, Social Security number, driver's license number, bank account number, passport number, and email address, All in violations of The Privacy Act of 1974, 5 U.S.C. § 552a

### CLAIMS FOR RELIEF.

#### COUNT 1

26. Plaintiff repeats, realleges, and incorporates the averments contained in all the above paragraphs of his Complaint and claims as though fully set forth herein. Defendant, RAUSCH STURM Debt collection company violated the FDCPA. RAUSCH STURM Debt collection company violation included but not limited to the following.

27. Defendant, RAUSCH STURM Debt collection company failed to send the Plaintiff a validation notice within five 5 days of the initial communication, either written or oral.

28. After Plaintiff requested validation of the debt, Defendant, RAUSCH STURM Debt collection company and its agents continued collection activities, making statements which are incorrect

and other collection deceptive trade practice all in violations of the laws.

29. Defendant, RAUSCH STURM Debt collection company communication contained a false impression of the character, amount or legal status of the alleged debt.

30. Defendant, RAUSCH STURM Debt collection company used false, deceptive, or misleading representation or means in connection with the debt collection.

31. Defendant, RAUSCH STURM Debt collection company attempted to collect any amount from Plaintiff not authorized by any agreement / contract signed with proof creating a debt.

32. Defendant, RAUSCH STURM Debt collection company communication creates confusion about the Plaintiff's unalienable / inalienable absolute Right.

33. Defendant, RAUSCH STURM Debt collection company used unfair or unconscionable means to attempt to collect the alleged debt from Plaintiff.

34. Defendant, RAUSCH STURM Debt collection Company communication threatens to communicate, credit information which is known or should be known to be false, including the failure to communicate that the disputed debt is disputed.

35. By doing the acts described in the above paragraph, defendants, RAUSCH STURM Debt collection Company violated the FDCPA. The foregoing acts and omissions of Defendant and its agents constitute numerous and multiple violations of the FDCPA including but not limited to, each and every one of the provisions of the FDCPA, 15 U.S. Code § 1692 et seq; cited above, with respect to Plaintiff.

36. Defendant, RAUSCH STURM Debt collection Company acts as described above were done intentionally with the purpose of coercing Plaintiff to pay the alleged debt in violation of Texas Fair Debt Collection Practices Act § 392. 304.et seq

37. As a result of the foregoing violations of the FDCPA, RAUSCH STURM Debt collection Company is liable to the Plaintiff for actual damages, statutory damages and reasonable cost and fees.

## COUNT 2

### (SECOND CAUSE OF ACTION (PRIVACY ACT—IMPROPER DISSEMINATION))

38. Plaintiff repeats and realleges the allegations contained in paragraphs 1 through 37 above,

inclusive.

39. Defendant, RAUSCH STURM Debt collection Company through the actions of its employees, agents and unknown others, disseminated information protected by the Privacy Act concerning Plaintiff. This information includes but not limited to Silver, Frederick, personally identifiable information, or PII, is any data that could potentially be used to identify a particular person. Examples include a full name, Social Security number, driver's license number, bank account number, passport number, and email address, Home address, personal cell phone number.

40. In violation of section (d)(1) of the Privacy Act, Defendants, RAUSCH STURM failed to secure written authorization from Silver, Frederick prior to providing the specific information detailed above. Nor was disclosure permitted by a routine exception

41. As a result of the Defendant's, RAUSCH STURM violations of the Privacy Act, Silver, Frederick has suffered adverse and harmful effects, including, but not limited to, mental distress, emotional trauma, embarrassment, humiliation, and lost or jeopardized present or future financial opportunities.

42. Prior to disseminating information and records concerning Silver, Frederick, the Defendant's, RAUSCH STURM failed to make reasonable efforts to ensure that the information and records were accurate, complete, timely and relevant for the purposes in violation of 5 U.S.C. § 552a(e)(6). The Defendant's, RAUSCH STURM compiled information concerning Silver, Frederick alleged failure to repay unpaid debts. The information and records that were disseminated to unauthorized individuals were irrelevant, false, malicious and defamatory, incomplete, inaccurate, and untimely.

43. The Defendant's, RAUSCH STURM, its employees and officers, knew or should have known that their actions were improper, unlawful and/or in violation of the Privacy Act.

44. The Defendant's, RAUSCH STURM, its employees and officers, acted intentionally or willfully in violation of Silver, Frederick's privacy rights.

45. As a result of the Defendant's, RAUSCH STURM violations of the Privacy Act, Silver, Frederick has suffered adverse and harmful effects, including, but not limited to, mental

distress, emotional trauma, embarrassment, humiliation, and lost or jeopardized present or future financial opportunities

46. As a result of the foregoing violations of the FDCPA, defendant is Liable to the Plaintiff for declaratory judgment that defendant's conducts violated the FDCPA, actual damages, statutory damages and cost.

## REQUEST FOR RELIEF

WHEREFORE, the Plaintiff respectfully requests that the Court enters judgment against defendants for the following relief:

- Declare that the Defendant's, RAUSCH STURM violated the Privacy and Freedom of Information
- Actual damages from Defendants pursuant to 15 U.S. Code § 1692k (a)(1)- Civil liability for the emotional distress as a result of the intentional and or negligent FDCPA violations, in amounts to be determined at Trial by the members of a Jury.
- Actual damages from Defendants pursuant to Texas Fair Debt Collection Practices Act § 392.et seq (TDCPA)
- Award Silver, Frederick any actual damages under 5 U.S.C. § 552a(g)(4)(A), the exact amount of which is to be determined at trial but is not less than $1,000
- Statutory and punitive damages pursuant to 15 U.S. Code § 1692k.
- For Such other and further relief as the Court deems just and proper

## DEMAND FOR JURY TRIAL

Plaintiff hereby request a JURY TRIAL on all issues raise in this Complaint and Claims pursuant to Rule 38 of the Federal Rules of Civil Procedure and Section 102 of the Civil Rights Act of 1991, 42 U.S.C § 1981a.

Dated: this 2nd Day of January 2020

Silver, Frederick
7737 Skolout Street, Apt 126
San Antonio TX 78227
E-mail: ASCLV1@gmail.com

# Wisconsin Department of Financial Institutions
Strengthening Wisconsin's Financial Future

Search for: RAUSCH, STURM, ISRAEL, ENERSON & HORNIK, LLC    [Search Records]

Search
Advanced Search
Name Availability

Corporate Records    Result of lookup for R050529 (at 1/2/2020 2:11 AM)

## RAUSCH, STURM, ISRAEL, ENERSON & HORNIK LLP

You can: File an Annual Report - Request a Certificate of Status - File a Registered Agent/Office Update Form

### Vital Statistics

| | |
|---|---|
| Entity ID | R050529 |
| Registered Effective Date | 12/31/2008 |
| Period of Existence | PER |
| Status | Registered  Request a Certificate of Status |
| Status Date | 12/31/2008 |
| Entity Type | Domestic Limited Liability Partnership |
| Annual Report Requirements | Domestic Limited Liability Partnerships are required to file an Annual Report under s. 178.0913. |

### Addresses

Registered Agent Office
GREGORY W ENERSON
250 N. SUNNYSLOPE ROAD
SUITE 300
BROOKFIELD, WI 53005

File a Registered Agent/Office Update Form

Principal Office
250 N. SUNNYSLOPE ROAD
SUITE 300
BROOKFIELD, WI 53005
UNITED STATES OF AMERICA

### Historical Information

Annual Reports

| Year | Reel | Image | Filed By | Stored On |
|---|---|---|---|---|
| 2018 | 111 | 1111 | paper | image |
| 2017 | 111 | 1111 | paper | image |
| 2016 | 000 | 0000 | online | database |
| 2015 | 000 | 0000 | online | database |
| 2014 | 000 | 0000 | online | database |
| 2013 | 000 | 0000 | online | database |
| 2012 | 000 | 0000 | online | database |
| 2011 | 000 | 0000 | online | database |
| 2010 | 000 | 0000 | online | database |
| 2009 | 000 | 0000 | online | database |

File an Annual Report - Order a Document Copy

Certificates of Newly-elected Officers/Directors: None

Old Names

| Change Date | Name |
|---|---|
| Current | RAUSCH, STURM, ISRAEL, ENERSON & HORNIK LLP |
| 08/14/2017 | RAUSCH, STURM, ISRAEL, ENERSON & HORNIK LLC |

Chronology

| Effective Date | Transaction | Filed Date | Description |
|---|---|---|---|
| 12/31/2008 | Organized | 12/12/2008 | |
| 01/27/2010 | Change of Registered Agent | 01/27/2010 | FM516-E-Form |
| 08/14/2017 | Certificate of Conversion | 08/10/2017 | FROM TYPE 12 Old Name = RAUSCH, STURM, ISRAEL, ENERSON & HORNIK LLC |
| 09/07/2017 | Amendment | 09/08/2017 | *STATEMENT OF APPLICABILITY* |
| 09/08/2017 | Merger (survivor) | 09/11/2017 | UNL FGN |

Order a Document Copy





# Franchise Tax Account Status
As of : 12/30/2019 06:31:58

This page is valid for most business transactions but is not sufficient for filings with the Secretary of State

| | RAUSCH, STURM, ISRAEL, ENERSON & HORNIK, LLC |
|---:|:---|
| Texas Taxpayer Number | 32041332746 |
| Mailing Address | 15660 DALLAS PKWY STE 350 DALLAS, TX 75248-3344 |
| ❓ Right to Transact Business in Texas | ACTIVE |
| State of Formation | WI |
| Effective SOS Registration Date | 03/02/2010 |
| Texas SOS File Number | 0801237399 |
| Registered Agent Name | MICHAEL R. CASTRO |
| Registered Office Street Address | 15660 N. DALLAS PARKWAY, SUITE 350 DALLAS, TX 75248 |

# Public Information Report

## Public Information Report
## RAUSCH, STURM, ISRAEL, ENERSON & HORNIK, LLC
Report Year :2018

Information on this site is obtained from the most recent Public Information Report (PIR) processed by the Secretary of State (SOS). PIRs filed with annual franchise tax reports are forwarded to the SOS. After processing, the SOS sends the Comptroller an electronic copy of the information, which is displayed on this web site. The information will be updated as changes are received from the SOS.

You may order a copy of a Public Information Report from open.records@cpa.texas.gov or Comptroller of Public Accounts, Open Records Section, PO Box 13528, Austin, Texas 78711.

| Title | Name and Address |
|---|---|
| PRESIDENT | **GREGORY W ENERSON** <br> W170 S6742 TIMBER COURT MUSKEGO, WI 53150 |
| DIRECTOR | **GREGORY W ENERSON** <br> W170 S6742 TIMBER COURT MUSKEGO, WI 53150 |
| VICE PRESI | **JULIE RAUSCH** <br> 6197 WASHINGTON CIRCLE WAUWATOSA, WI 53213 |
| DIRECTOR | **JULIE RAUSCH** <br> 6197 WASHINGTON CIRCLE WAUWATOSA, WI 53213 |

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Texas

| | |
|---|---|
| Silver, Frederick <br><br> *Plaintiff* <br> v. <br> Rausch, Sturm, Israel, Enerson & Hornik, LLC, <br> Gregory W Enerson, Julie Rausch <br><br> *Defendant* | ) <br> ) <br> ) <br> ) Civil Action No. <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rausch, Sturm, Israel, Enerson & Hornik LLP
250 N Sunny Slope Rd Ste 300,
Brookfield, WI 53005-4824

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Silver, Frederick
7737 Skolout Street, Apt 126
San Antonio, TX 78227
Tel: 1-210-803-2299
E-mail: ASCLV1@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____  _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Texas

Silver, Frederick

*Plaintiff*

v.

Rausch, Sturm, Israel, Enerson & Hornik, LLC, Gregory W Enerson, Julie Rausch

*Defendant*

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JULIE RAUSCH,
VICE PRESIDENT / DIRECTOR
6197 WASHINGTON CIRCLE
WAUWATOSA, WI 53213

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Silver, Frederick
7737 Skolout Street, Apt 126
San Antonio, TX 78227
Tel: 1-210-803-2299
E-mail: ASCLV1@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
                                                  *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

Silver, Frederick

*Plaintiff*

v.

Rausch, Sturm, Israel, Enerson & Hornik, LLC,
Gregory W Enerson, Julie Rausch

*Defendant*

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* GREGORY W ENERSON,
PRESIDENT / DIRECTOR
W170 S6742 TIMBER COURT
MUSKEGO, WI 53150

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Silver, Frederick
7737 Skolout Street, Apt 126
San Antonio, TX 78227
Tel: 1-210-803-2299
E-mail: ASCLV1@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Texas

| | | |
|---|---|---|
| Silver, Frederick | ) | |
| _Plaintiff_ | ) ) ) | |
| v. | ) | Civil Action No. |
| Rausch, Sturm, Israel, Enerson & Hornik, LLC, Gregory W Enerson, Julie Rausch | ) ) ) | |
| _Defendant_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ RAUSCH, STURM, ISRAEL, ENERSON & HORNIK, LLC
Registered Agent Name: MICHAEL R. CASTRO
Registered Office Street Address: 15660 N. DALLAS PARKWAY,
SUITE 350 DALLAS, TX 75248

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Silver, Frederick
7737 Skolout Street, Apt 126
San Antonio, TX 78227
Tel: 1-210-803-2299
E-mail: ASCLV1@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____    _____
_Signature of Clerk or Deputy Clerk_

JS 44 (Rev. 06/17) - TXND (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Silver, Frederick

**(b)** County of Residence of First Listed Plaintiff: Bexar County Texas
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
7737 Skolout St, Apt 126, San Antonio, TX 78227
E-mail: ASCLV1@gmail.com, Tel: 210-803-2299

## DEFENDANTS
Rausch, Sturm, Israel, Enerson & Hornik, LLC,
Gregory W Enerson, Julie Rausch

County of Residence of First Listed Defendant: Dallas Texas, WI
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
Gregory W. Enerson, Attorney
250 N Sunny Slope Rd Ste 300, Brookfield, WI 53005-4828

RECEIVED JAN 7 2020 CLERK U.S. DISTRICT COURT WESTERN DISTRICT OF TEXAS

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ☒ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☒ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
15 U.S.C § 1692, et seq
Brief description of cause:
The Privacy Act of 1974, Fair Debt Collection Practices Act

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 100,000,000
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____
DOCKET NUMBER _____

DATE: 1/2/2020
SIGNATURE OF ATTORNEY OF RECORD: *[signature]*

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

[Print] [Save As...] [Reset]







To: U.S District Court
1100 Commerce street #1452
Dallas, TX 75242

Frederick O. Silver
P.O BOX 276353
SAN ANTONIO
TEXAS 78227

Frederick O. Silver
P.O BOX 276353
SAN ANTONIO
TEXAS 78227